1  DUCKWORTH PETERS LEBOWITZ LLP
   THOMAS DUCKWORTH (SB# 152369)
2  235 Montgomery Street, Suite 1010
   San Francisco, CA 94104
3  Telephone: (415) 433-0433
   Facsimile: (415) 449-6556
4  tom@dplsf.com

5  Attorneys for Plaintiff
   ROBERT MAYBERRY
6

7  E. JEFFREY GRUBE (SB# 167324)
   JEFFREY P. MICHALOWSKI (SB# 248073)
8  JENNIFER Y. OH (SB# 260370)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  55 Second Street
   Twenty-Fourth Floor
10 San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
11 Facsimile: (415) 856-7100
   jeffgrube@paulhastings.com
12 jeffmichalowski@paulhastings.com
   jenniferoh@paulhastings.com
13
   Attorneys for Defendant
14 INTERNATIONAL BUSINESS
   MACHINES CORPORATION
15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBERT MAYBERRY,<br><br>            Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>            Defendants. | CASE NO. **CV-09-1369-CW**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER GRANTING CONTINUANCE<br>FOR INITIAL CASE MANAGEMENT<br>CONFERENCE**<br><br>Complaint Filed: March 27, 2009<br>Room:            Courtroom 2, 4th Floor<br>Judge:            Honorable Claudia Wilken |

28 CASE NO. CV-09-1369-CW                              STIPULATION AND [PROPOSED] ORDER
                                                      TO CONTINUE CASE MANAGEMENT
                                                                          CONFERENCE

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Robert Mayberry ("Mayberry") and Defendant International Business Machines ("IBM"), as follows:

1. WHEREAS, this Court scheduled the Initial Case Management Conference for July 7, 2009, in Courtroom 2, 4th Floor at 1301 Clay Street, Oakland, California 94612;

2. WHEREAS, Civil Local Rule 16-10(a) requires lead trial counsel to attend the initial case management conference;

3. WHEREAS, lead trial counsel for IBM will be on a pre-planned out-of-state vacation on that date;

4. WHEREAS, the parties agree to move the CMC date to accommodate IBM's lead trial counsel's plans and availability to be personally present;

5. WHEREAS, the parties also agree to not to continue the CMC to the second week of August 2009 as lead trial counsel for Plaintiff will be away on a pre-planned vacation;

6. WHEREAS, the parties stipulate that the Initial Case Management Conference be moved to July 21, July 28, or August 4, 2009, if any of those dates are convenient for the Court.

1  NOW, THEREFORE, the parties request the Court order as follows:

2  That the Initial Case Management Conference, currently set for July 7, 2009, be vacated
3  and be continued to July 21, July, 28, or August 4, if any of these dates are convenient for the
4  Court.

5  IT IS SO STIPULATED.

8  DATED: May 26, 2009

   _____
   Thomas E. Duckworth
   DUCKWORTH PETERS LEBOWITZ LLP
   235 Montgomery Street, Suite 1010
   San Francisco, CA  94104
   Telephone:  (415) 433-0433
   Facsimile:  (415) 449-6556

   Counsel for Plaintiff Robert Mayberry

13 DATED: May 26, 2009

   _____
   E. Jeffrey Grube
   Paul, Hastings, Janofsky & Walker LLP
   55 Second Street
   Twenty-Fourth Floor
   San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
   jeffgrube@paulhastings.com
   jeffmichalowski@paulhastings.com
   jenniferoh@paulhastings.com

   Counsel for Defendant
   International Business Machines Corporation

---

CASE NO. CV-09-1369-CW        -2-        STIPULATION AND [PROPOSED] ORDER
                                         TO CONTINUE CASE MANAGEMENT
                                         CONFERENCE

1
2
## ORDER

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby ORDERS AS FOLLOWS: The Case Management Conference now scheduled for July 7, 2009, is continued to ___August 4,___, 2009 at 2:00 p.m. in Courtroom 2.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___May 29___, 2009

IT IS SO ORDERED
*[signature]*
Judge Claudia Wilken

*[Seal: United States District Court, Northern District of California]*

HON. CLAUDIA WILKEN

---

CASE NO. CV-09-1369-CW                -3-                STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE