1   THOMAS DUCKWORTH (SB# 152369)
    DUCKWORTH PETERS LEBOWITZ LLP
2   235 Montgomery Street, Suite 1010
    San Francisco, CA  94104
3   Telephone:  (415) 433-0433
    Facsimile:  (415) 449-6556
4   tom@dplsf.com

5   Attorneys for Plaintiff
    ROBERT MAYBERRY
6

7   E. JEFFREY GRUBE (SB# 167324)
    JEFFREY P. MICHALOWSKI (SB# 248073)
8   JENNIFER Y. OH (SB# 260370)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
9   55 Second Street
    Twenty-Fourth Floor
10  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
11  Facsimile:  (415) 856-7100
    jeffgrube@paulhastings.com
12  jeffmichalowski@paulhastings.com
    jenniferoh@paulhastings.com
13
    Attorneys for Defendant
14  INTERNATIONAL BUSINESS
    MACHINES CORPORATION
15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                   OAKLAND DIVISION

19

20  ROBERT MAYBERRY,                    Case No. CV-09-1369-CW

21              Plaintiff,              **STIPULATION AND [ORDER**
                                        **SELECTING ADR PROCESS**
22          vs.

23  INTERNATIONAL BUSINESS
    MACHINES CORPORATION,
24
                Defendant.
25

26

27

28

Case No. CV-09-1369-CW

1    Counsel report that they have met and conferred regarding ADR and have reached

2    the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4    **Court Processes:**

5    ☐    Non-binding Arbitration (ADR L.R. 4)

6    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

7    ☐    Mediation (ADR L.R. 6)

8    **Private Process:**

9    ☒    Private ADR (*please identify process and provider*) **Private mediation**

10    **before a mediator agreed to by the parties.**

11    The parties agree to hold the ADR session by:

12    ☐    the presumptive deadline (*The deadline is 90 days from the date of the*

13    *order referring the case to an ADR process unless otherwise ordered.*)

14    ☒    other requested deadline **Within 60 days from the date upon which both**

15    **parties have completed at least one deposition.**

16
17    DATED:  July ___, 2009          DUCKWORTH PETERS LEBOWITZ LLP

18
19    _____

THOMAS E. DUCKWORTH

20    Counsel for Plaintiff

21                                                                    Robert
                                                                      Mayberry
22    Dated:  July ___, 2009          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                      E. JEFFREY GRUBE
                                      JEFFREY P. MICHALOWSKI
23                                    JENNIFER Y. OH

24
25    By: _____
                          JEFFREY P. MICHALOWSKI

26
27    Attorneys for Defendant
       INTERNATIONAL BUSINESS
       MACHINES CORPORATION.
28

Case No. CV-09-1369-CW                          STIPULATION AND ORDER SELECTING
                                                        ADR PROCESS

## <u>ORDER</u>

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐       Non-binding Arbitration

☐       Early Neutral Evaluation (ENE)

☐       Mediation

X       Private mediation before a mediator agreed to by the parties.

Deadline for ADR session

X       90 days from the date of this order.

☐       Within 60 days from the date upon which both parties have completed at

least one deposition.

IT IS SO ORDERED.

DATED:  July 21, 2009

_____
Claudia Wilken
U.S. District Judge

LEGAL_US_W # 62241765.1