Thomas E. Duckworth [SBN 152369]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: tom@dplsf.com
        mark@dplsf.com

Attorneys for Plaintiff Robert Mayberry

# UNITED STATES FEDERAL DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Mayberry,<br><br>    Plaintiff,<br><br>v.<br><br>International Business Machines Corporation, a New York Corporation, and Does 1 through 25, inclusive<br><br>    Defendants. | Case No. C 09-01369<br><br>**STIPULATION TO EXTEND THE FILING DEADLINE FOR PLAINTIFF'S MOTION TO AMEND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties herein, that the current deadlines of September 10, 2009 to meet and confer and September 17, 2009 to file a Motion to Amend the Complaint should be extended, given the parties have agreed to mediate this case on October 7, 2009. Because the trial in this case is not scheduled to take place until February 7, 2011, extending the time to file a

Motion to Amend will not prejudice the parties and will allow the parties time to focus on resolving this case at mediation.

Accordingly, the parties stipulate to the following deadlines:

1. Plaintiff shall serve his proposed Amended Complaint on defendant's counsel by Friday, October 16

2. Plaintiff shall file and serve his Motion to Amend the Complaint by October 23, 2009.

Dated: September 10, 2009

DUCKWORTH · PETERS · LEBOWITZ LLP

By: Thomas E. Duckworth
Attorneys for Plaintiff Robert Mayberry

DATED: September 10, 2009

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
JEFFREY P. MICHALOWSKI
JENNIFER Y. OH

JEFFREY P. MICHALOWSKI

Counsel for Defendant
International Business Machines Corporation

IT IS SO ORDERED:

Date: 9/14/09

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(United States District Court, Northern District of California seal)

- 2 -
STIPULATION TO EXTEND FILING DEADLINE