THOMAS DUCKWORTH (SB# 152369)
DUCKWORTH PETERS LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
tom@dplsf.com

Attorneys for Plaintiff
ROBERT MAYBERRY

E. JEFFREY GRUBE (SB# 167324)
JEFFREY P. MICHALOWSKI (SB# 248073)
JENNIFER Y. OH (SB# 260370)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
jeffmichalowski@paulhastings.com
jenniferoh@paulhastings.com

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT MAYBERRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | CASE NO. CV-09-1369-CW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Robert Mayberry and
2   Defendant International Business Machines Corporation stipulate to voluntarily dismiss with
3   prejudice the above-captioned action pursuant to the terms of the parties' settlement agreement
4   and with each party to bear its own costs and attorneys' fees.
5   IT IS SO STIPULATED.

7   DATED: October ____, 2009

THOMAS E. DUCKWORTH
DUCKWORTH PETERS LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Counsel for Plaintiff
Robert Mayberry

13  DATED: October ____, 2009

E. JEFFREY GRUBE
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

Counsel for Defendant
International Business Machines Corporation

CASE NO. CV-09-1369-CW                                JOINT STIPULATION OF DISMISSAL
                                                       AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the foregoing stipulation and good cause appearing, the Court hereby orders |
| 3 | that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil |
| 4 | Procedure 41(a)(1) with each party to bear its own costs and attorneys' fees. |
| 5 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

10/14

DATED: _____, 2009        _____

HONORABLE CLAUDIA WILKEN

Judge, United States District Court

LEGAL_US_W # 62862398.1

CASE NO. CV-09-1369-CW     -2-     JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER